Circuit Court of Appeals for the Fourth Circuit granted. *Mr. S. M. Brandt* for petitioner. No appearance for respondent.

No. 860. KATHERINE LINSTEAD, EXECUTRIX OF THE ESTATE OF JOHN A. LINSTEAD, DECEASED, *v.* CHESAPEAKE & OHIO RAILWAY COMPANY. March 14, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted. *Katherine Linstead, pro se.* No appearance for respondent.

No. 852. ANCIENT EGYPTIAN ARABIC ORDER NOBLES OF THE MYSTIC SHRINE, ETC., ET AL. *v.* D. W. MICHAUX, CHESTER H. BRYAN, A. J. DOW, ET AL. March 14, 1927. Petition for a writ of certiorari to the Supreme Court of the State of Texas granted. *Messrs. James E. White* and *Samuel A. T. Watkins* for petitioners. No appearance for respondents.

No. 863. PACIFIC MAIL STEAMSHIP COMPANY, CLAIMANT OF THE STEAMSHIP "NEWPORT," HER ENGINES, ETC., ET AL. *v.* HENRY WILSON, F. A. WILSON, W. T. WILSON, ET AL. March 14, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Messrs. Edward J. McCutchen, Warren Olney, Jr.,* and *Farnum P. Griffith* for petitioners. No appearance for respondents.

No. 866. BLACK AND WHITE TAXICAB AND TRANSFER COMPANY *v.* BROWN AND YELLOW TAXICAB AND TRANSFER COMPANY. March 14, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted. *Mr. John L. Stout* for petitioner. No appearance for respondent.